**MEMO ENDORSED**

# MAX NICHOLAS LLC

100 Pearl Street, Suite 1801
New York, New York 10004
646-741-0229

**maxnicholasllc.com**

June 1, 2026

**BY ECF**
Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

## United States v. Lockman, et al., 26 Cr. 203 (DEH)

Dear Judge Ho:

This firm represents defendant Khanh Nguyen in the above-captioned case. We respectfully write to request that the terms of Ms. Nguyen's Appearance Bond (Dkt. #8), which currently require an unsecured bond of $1,000,000 co-signed by two financially responsible persons, be adjusted to require the signature of one financially responsible person instead of two. The bond has already been signed by one financially responsible person who was interviewed and approved by the Government, and Ms. Nguyen is living at her residence in West Virginia with her family in compliance with all of the other conditions of her release.

We have conferred with the Government about this request, and the Government consents to this request.

Respectfully submitted,

MAX NICHOLAS LLC

_____/s/_____
Max Nicholas
Sarah Stein
100 Pearl Street
Suite 1801
New York, NY 10004
646-741-0229

Application **GRANTED**. Ms. Nguyen's bond conditions shall be modified to require the signature of only one financially responsible person instead of two financially responsible persons. The Clerk of Court is respectfully directed to close ECF No. 26. **SO ORDERED.**

Dated: June 3, 2026
New York, New York

Dale E. Ho
United States District Judge